UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT JR., <br><br> Plaintiff, <br><br> v. <br><br> STUART SHERMAN, D. LOPEZ, G. BEARD, E. AGUIRRE, NKIRUKA NDU, <br><br> Defendants. | Case No. 1:20-cv-00622-HBK (PC) <br><br> ORDER GRANTING *NUNC PRO TUNC* DEFENDANTS' MOTION FOR EXTENSION OF TIME <br><br> (Doc. No. 24) <br><br> ORDER DIRECTING CLERK TO CORRECT DOCKET |

Pending before the Court is Defendants' Ex Parte Application for Extension of Time. (Doc. No. 24). Due to an administrative error, Defendants missed the May 12, 2023 deadline to file a waiver of service summons and seeks a 4-day extension of time, *nunc pro tunc*. (*Id*. at 1). Defendants filed their waivers on May 16, 2023. (Doc. No. 25). The Court finds the brief delay in Defendants filing waiver of service caused no discernible prejudice to Plaintiff. Additionally, Defendant's filing further advises that Defendant Nkiruka Ndu is incorrectly identified as Nkiruka Akabike in the Court's order and docket. The undersigned will direct the Clerk of Court to correct the docket accordingly.

////

Accordingly, it is **ORDERED**:

1. Defendants' Ex Parte Application for Extension of Time (Doc. No. 24) is GRANTED *nunc pro tunc*.

2. Defendants' waiver of service summons (Doc. No. 25) is deemed timely filed.

3. The Clerk of Court shall correct the docket to reflect the name of Defendant Nkiruka Akabike as Nkiruka Ndu.

Dated:     May 18, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE