UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT JR.,<br><br>Plaintiff,<br><br>v.<br><br>E. AGUIRRE, G. BEARD, P. GARCIA, D. LOPEZ, NKIRUKA NDU, and STUART SHERMAN,<br><br>Defendants. | Case No. 1:20-cv-00622- HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 27) |

Pending before the Court is Defendants' Motion for Extension of Time filed June 12, 2023. (Doc. No. 27, "Motion"). Defendants seek a thirty day extension of time to respond to Plaintiff's First Amended Complaint ("FAC") due to defense counsel's caseload. (*Id*. at 1). The Court finds good cause to grant Defendants' timely filed motion which requests a relatively short extension of time. Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, it is **ORDERED**:

Defendants' motion for extension of time (Doc. No. 27) is GRANTED. Defendants must file a response to the FAC no later than July 12, 2023.

Dated:   June 14, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE