UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT JR., <br><br>         Plaintiff, <br><br>     v. <br><br> STUART SHERMAN, et al., <br><br>         Defendants. | Case No.  1:20-cv-00622-HBK (PC) <br><br> ORDER DIRECTING THE CLERK OF COURT TO FORWARD PLAINTIFF'S CONFIDENTIAL CORRESPONDENCE TO DEFENSE COUNSEL |

On or about July 21, 2023, Plaintiff submitted to the Court a document that appeared to be intended for Defense counsel in this matter.  The document is title "Formal Demand for Settlement by Plaintiff" and outlines the factual basis for Plaintiff's settlement position.  Based on review of the document, it appears to follow up on settlement discussions Plaintiff had with Defense Counsel Joshua Shuster on July 6, 2023.  The Court had previously stayed this case to afford the parties an opportunity to engage in settlement discussions.  (Doc. No. 29).

Because the filing was apparently intended for Defense counsel and contains confidential settlement information, the Court will not docket the document but instead will direct the Clerk of Court, as a one-time courtesy, to provide Plaintiff's submitted document to Defense counsel Joshua Shuster at his address of record.

////

////

Plaintiff is directed to send all future communications intended for Defense counsel to:

> Joshua Shuster
> Department of Justice
> 300 S. Spring St.
> Suite 1702
> Los Angeles, CA 90013
> 213-269-6333
> Email: Joshua.Shuster@doj.ca.gov

ACCORDINGLY, it is ORDERED:

The Clerk of Court shall not docket the document received from Plaintiff on or about June 21, 2023, but shall forward the document to counsel for defendant.

Dated: __August 4, 2023__  
HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE