UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT JR., | Case No. 1:20-cv-00622-HBK (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER AND AMEND CERTAIN DEADLINES |
| v. | |
| STUART SHERMAN, et al., | |
| Defendants. | (Doc. No. 51) |

Pending before the Court is Defendants' motion to modify certain deadlines in the Case Management Scheduling Order, which was filed on October 28, 2024. (Doc. No. 51). Specifically, Defendants request the Court to modify the Case Management and Scheduling Order by extending the following deadlines: (1) the non-expert discovery completion deadline by 46 days, to December 22, 2024, but only to allow Defendants to respond to Plaintiff's Request for Production of Documents (Set One) and Interrogatories (Set One) (collectively Plaintiff's discovery requests); and (2) Defendants' October 29, 2024 deadline to respond to Plaintiff's discovery requests, which would come due on or before December 13, 2024. (*Id*. at 3). Defendants request the extension due to Defendants' counsel's current caseload and deadlines. (*Id*. at 5-6). Finding good cause, the Court will grant Defendants' request to amend the scheduling order deadlines. *See* Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. Defendants' Motion (Doc. No. 51) is GRANTED to the extent set forth herein.

2. The Court modifies the Case Management and Scheduling Order by extending the following deadlines: (1) the non-expert discovery completion deadline by 46 days, to December 22, 2024, but only to allow Defendants to respond to Plaintiff's Request for Production of Documents (Set One) and Interrogatories (Set One) (collectively Plaintiff's discovery requests); and (2) Defendants' October 29, 2024 deadline to respond to Plaintiff's discovery requests, which would come due on or before December 13, 2024.

3. The remaining deadlines and procedures set forth in the February 9, 2024 Case Management and Scheduling Order (Doc. No. 44) otherwise shall govern this action.

Dated:    October 29, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE