UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT JR., | Case No. 1:20-cv-00622-HBK (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO THE EXTENT THE COURT WILL NOT SET THIS CASE FOR A SECOND SETTLEMENT CONFERENCE |
| v. | |
| E. AGUIRRE, G. BEARD, P. GARCIA, D. LOPEZ, NKIRUKA NDU, and STUART SHERMAN, | (Doc. No. 54) |
| Defendants. | |

On December 4, 2024, pursuant to the Case Management and Scheduling Order (Doc. No.44), Defendants filed a Report stating that, after conferring with Plaintiff, the parties agreed that a further settlement conference would be productive. (Doc. No. 53). On December 9, 2024, Plaintiff filed a "Motion to Decline Settlement Negotiations" stating he did not think a second settlement conference would be productive. (Doc. No. 54).

ACCORDINGLY, it is ORDERED:

Plaintiff's Motion (Doc. No. 54) is GRANTED to the limited extent that the Court will not refer this case for a second settlement at his time.

Dated:   December 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE