UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT JR., | Case No. 1:20-cv-00622-HBK (PC) |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF |
| v. | (Doc. No. 59) |
| STUART SHERMAN, D. LOPEZ, G. BEARD, E. AGUIRRE, P. GARCIA, and NKIRUKA NDU, | |
| Defendants. | |

On January 22, 2025, Plaintiff filed a motion seeking miscellaneous relief. (Doc. No. 59). Specifically, Plaintiff inquired about how the Clerk of Court transmits mail. (*See generally Id.*). Any inquiries as to the procedures utilized by the Clerk of Court should be directed to the Clerk.

ACCORDINGLY, it is ORDERED:

Plaintiff motion for miscellaneous relief (Doc. No. 59) is DISREGARDED.

Dated:   January 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE