UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT JR., | Case No. 1:20-cv-00622-HBK (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME |
| v. | (Doc. No. 62) |
| STUART SHERMAN, D. LOPEZ, G. BEARD, E. AGUIRRE, P. GARCIA, and NKIRUKA NDU, | |
| Defendants. | |

On January 28, 2025, Defendants filed a motion to modify the current Case Management and Scheduling Order (Doc. No. 44) to extend the deadline to file dispositive motions which is currently set for February 6, 2025. (Doc. No. 62). This case is set for a settlement conference for February 3, 2025. (Doc. No. 56). Considering the upcoming settlement conference, Defendants seek an extension until March 24, 2025 to file dispositive motions.

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent.  The Court finds good cause to further extend the discovery and dispositive motion deadlines.

ACCORDINGLY, it is ORDERED:

1. Defendants' Motion to Modify the Case Management and Scheduling Order (Doc. No. 62) is GRANTED, to the extent set forth herein.

2. The deadline to file dispositive motion is extended to March 24, 2025.

Dated:    January 29, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2