UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>E. AGUIRRE, G. BEARD, P. GARCIA, D. LOPEZ, NKIRUKA NDU, and STUART SHERMAN,<br><br>Defendants. | No. 1:20-cv-00622-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MELVIN RAY BRUMMETT, JR., CDCR #V-29100 |

A settlement conference in this matter commenced on February 3, 2025. Inmate Melvin Ray Brummett, Jr., CDCR #V-29100, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 2/3/25

_____
UNITED STATES MAGISTRATE JUDGE

1