1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MELVIN RAY BRUMMETT JR.,                    Case No.  1:20-cv-00622-HBK (PC)

12              Plaintiff,                         ORDER GRANTING PLAINTIFF'S MOTION TO
                                                   LIMITED EXTENT THAT THE PARTIES
13         v.                                      SHALL MEET AND CONFER

14    STUART SHERMAN, D. LOPEZ, G.                 (Doc. No. 64)
      BEARD, E. AGUIRRE, P. GARCIA, and
15    NKIRUKA NDU,

16              Defendants.

17

18          Pending before the Court is Plaintiff's belated[1] motion to compel discovery filed January

19    30, 2025.  (Doc. No. 64).  Defendants timely filed an opposition (Doc. No. 67), and Plaintiff filed

20    a reply.  (Doc. No. 70).

21          Prior to ruling on the pending discovery dispute, the Court will require the parties to

22    telephonically meet and confer to clarify and attempt to resolve the discovery issues in dispute.  If

23    the parties are not able to fully resolve the discovery dispute, the parties shall file a joint

24    statement outlining the discovery issues in dispute as set forth below.  After review of the joint

25    statement, the Court will, if necessary, schedule this matter for a telephonic hearing on the

26    discovery dispute.

27    _____

28    [1] The Court does not find the motion unduly late given that the Court granted the Defendants motion to
      extend the deadline for Defendant to respond to Plaintiff's discovery.  (*See* Doc. No. 52).

Accordingly, it is now **ORDERED**:

1.     Plaintiff's motion to compel discovery (Doc. No. 64) is GRANTED to the limited extent the Court directs the parties to meet and confer as set forth herein.

2.     The parties shall telephonically meet and confer in good faith to attempt to resolve the outstanding discovery dispute **no later than April 25, 2025**.

3.     If the parties resolve their discovery disputes, they shall promptly file a notice with the Court.

4.     If the parties are not able to resolve their discovery dispute, they shall file a joint statement, not to exceed six pages (three pages per party), outlining which items of discovery remain in dispute **no later than May 9, 2025**.  Not more than six pages in exhibits (three pages per party) may be attached to the joint statement.

5.     Upon review of the joint statement, the Court, if necessary, will schedule this matter for a telephonic hearing on the discovery dispute.


Dated:    April 1, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2