UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT JR.,<br><br>Plaintiff,<br><br>v.<br><br>STUART SHERMAN, D. LOPEZ, G. BEARD, E. AGUIRRE, P. GARCIA, and NKIRUKA NDU,<br><br>Defendants. | Case No. 1:20-cv-00622-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC*<br><br>(Doc. No. 69)<br><br>MAY 30, 2025 DEADLINE |

Pending before the Court is Defendant's second motion to modify the current Case Management and Scheduling Order filed on March 4, 2025. (Doc. No. 69). Plaintiff filed a timely opposition on March 18, 2025. (Doc. No. 73).

Defendants seek a further 45-day extension to the March 24, 2025 dispositive motion deadline due to counsel's current caseload and absence from the office. Plaintiff objects, citing the previous extensions granted to Defendants and Plaintiff's own caseload.

The Court previously extended the dispositive motion deadline because the parties were participating in a settlement conference. (See Doc. No. 63). Additionally, this same day the Court granted Plaintiff's motion to compel certain discovery to the extent that the Court directed the parties to meet and confer to attempt to resolve the outstanding discovery dispute. (*See* Doc. No. 75). In that Order, the Court set a May 9, 2025 deadline to outline any discovery issue that

were not resolved. (*Id*. at 2, ¶4). Considering that discovery issues may remain that must first be resolved, the Court finds good cause to further extend the discovery and dispositive motion deadline. Fed. R. Civ. P. 6(b), 16(b)(4).

ACCORDINGLY, it is ORDERED:

Defendants' Motion to Modify the Case Management and Scheduling Order (Doc. No. 69) is GRANTED *nunc pro tunc*, to the extent the deadline to file dispositive motions is extended to May 30, 2025.

Dated: April 2, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE